**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| VICTOR QUIROZ MARTINEZ,<br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et. al.,<br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 26-1953 |

**ORDER OF COURT**

AND NOW, this 28th day of October, 2026, upon consideration of Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1); and the Respondents' Notice of Suggestion of Mootness (ECF No. 5), and attached exhibits (ECF Nos. 5-1 to 5-5), which reflect that Petitioner was released on bond on October 6, 2026, pursuant to 8 U.S.C. § 1226(a); the court concludes there is no remedy that the court can provide and no live case or controversy as required by Article III, § 2 of the Constitution, *see Keitel v. Mazurkiewicz*, 729 F.3d 278, 280 (3d Cir. 2013); and therefore, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is DISMISSED as moot. The Clerk of Court is directed to mark this CASE CLOSED.

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Court Judge